FILED

01/14/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0564

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0564

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

BUDDY ROBERT ROY GRAY,
a/k/a BUDDY GRAY,

      Defendant and Appellant.

**GRANT**

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until February 21, 2025, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 14 2025